# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2022-2010

———————————————

LATERIK BAYNARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Madison County.
Melissa G. Olin, Judge.

November 22, 2023

PER CURIAM.

An *Anders*[1] review of the record in Laterik Baynard's case reveals no arguable issues on appeal. There was competent, substantial evidence that he willfully violated a condition of his probation. The revocation of his probation was proper. Accordingly, we affirm.

AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

———————————

[1] *Anders v. California*, 386 U.S. 738 (1967).

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.